# YurowitzLaw PLLC

STEVEN Y. YUROWITZ
~
WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

November 11, 2026

**By ACMS**
Clerk of the Court
United States Court of Appeals
for the Second Circuit
United States Courthouse
40 Foley Square
New York, New York 10007
Attn: Ms. Jessica McKenzie

Re: *United States v. Smith*
No. 25-3065

Dear Ms. McKenzie:

Pursuant to the Court's rules, I am writing to inform the Court that I am still missing one transcript in the above-referenced matter. Should you have any questions, please give me a call.

Very truly yours,

Steven Y. Yurowitz

cc: AUSA Jeffrey Coffman (by ACMS)
SYY/hms

950 Third Avenue ~ New York, New York ~ 10022 ~ Tel. 212.308.7900 ~ Fax 646.568.9664